UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:06-cr-408-T-17TBM

MICHAEL DAVID REID

**FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following Royal Bank of Canada Accounts, as substitute assets in partial satisfaction of the defendant's $1,000,000.00 forfeiture money judgment:

a. Approximately $82,705.44 in funds from Royal Bank of Canada in the Channel Islands, Jersey, Account Number 4416756 in the name of Michael David Reid; and

b. Approximately $746.89 in funds from Royal Bank of Canada in the Channel Islands, Jersey, Account Number 4416806 in the name of Michael David Reid.

Being fully advised of the relevant facts, the Court finds that on October 22, 2013, the Court entered a Preliminary Order of Forfeiture for Substitute Assets for the Royal Bank of Canada Accounts identified above, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and Fed. R. Crim. P. 32.2(2). Doc. 51.

The Court further finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its

intent to dispose of the assets on the official government website, www.forfeiture.gov, from October 23, 2013 through November 22, 2013. Doc. 52. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture for Substitute Assets is known to have an interest in the assets. No third party has filed a petition or claimed an interest in the assets, and the time for doing so has expired. Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the Royal Bank of Canada Accounts identified above are CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this \_\_7th\_\_ day of \_\_November\_\_, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record